```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

EDWIN DIAZ, on behalf of himself and all
others similarly situated,                                          Case No.: 19-cv-08498 (AT)

                         Plaintiffs,

          -against-                                          **STIPULATION OF
DISMISSAL WITH
PREJUDICE**

NATURAL ESSENTIALS, INCORPORATED,

                       Defendant.
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: www.bulkapothecary.com as described in the Parties' confidential settlement agreement. By January 1, 2021, Defendant shall improve accessibility of the Website in accordance with Web Content Accessibility Guidelines ("WCAG") WCAG 2.0 Levels A and AA, and to ensure compliance with the ADA regarding accessible features in the rooms and common areas.  Defendant shall also update the Website to ensure it includes information regarding accessible features in the rooms and common areas by January 1, 2021.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned,

or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York
       January 28 2020

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

Jennifer E. Sherven, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:   New York, New York
       January 16, 2020

COHEN & MIZRAHI, LLP
*Attorneys for Plaintiff*

Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12 Fl.
New York, NY 11201
(917) 299-6612

**SO ORDERED:**

_____
    **ANALISA TORRES**
    **United States District Judge**

Dated: February 21, 2020
    New York, New York